PROB 12B
(7/93)

FILED
2005 Oct-05 AM 09:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Bruce Metzler

**Case Number:** 1:04CR00070-001 **(SD/AL)**
2:04CR00466-CLS **(ND/AL)**

**Name of Sentencing Judicial Officer:** Honorable Callie V. S. Granade
**Name of Modifying Judicial Officer:** Honorable C. Lynwood Smith, Jr.

**Date of Original Sentence:** September 13, 2004

**Original Offense:** 18 U.S.C. §922(g)(1) Felon in possession of a firearm

**Original Sentence:** Sixty (60) months Probation with Special Conditions

**Type of Supervision:** Probation

**Date Supervision Commenced:** September 13, 2004

---

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total term of ___ years.

☑ To modify the conditions of supervision as follows:

The defendant shall participate in the probation office's Drug and Alcohol Intensive Counseling and Aftercare Service Program (DAICASP) (or comparable program in another district). This program may include (a) testing by the probation officer or an approved vendor to detect drug or alcohol abuse (with the defendant to contribute to the cost of drug testing unless the probation officer determines that the defendant does not have the ability to do so), (b) a mandatory drug education program (which may include individual or group counseling provided by the probation office or an approved vendor with the defendant to contribute to the cost of drug/alcohol treatment unless the probation officer determines that the defendant does not have the ability to do so), (c) placement in a residential treatment program or community corrections center for up to 180 days under the administrative supervision of the probation officer (with the defendant to pay the cost of subsistence unless the probation officer determines that the defendant does not have the ability to do so), and (d) home confinement subject to electronic monitoring for a maximum period of ninety (90) days under the administrative supervision of the probation officer (with the defendant to pay the cost of monitoring unless the probation officer determines that the defendant does not have the ability to do so).

The defendant shall cooperate in the collection of DNA under the administrative supervision of the probation officer.

| | | |
|---|---|---|
| Prob 12B | 2 | **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender** |

**Name of Offender: Bruce Metzler**  Case Number: 2:04CR00466-CLS

**CAUSE**

The language in the original conditions has been changed based on U. S. v Heath, WL 1923616, decided on August 12, 2005. In addition, Mr. Metzler was sentenced in another district, and he received a special condition for drug testing and treatment. Our DAICASP condition will provide for a broader framework for treatment and response to non-compliance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On    September 29, 2005

/s
James R. Morrow, Jr.
U.S. Probation Officer

Approved by:    /s
Supervisor

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

Signature of Judicial Officer

October 3, 2005
Date